**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION**

SONIA HARRIS CARTER                                                                    PLAINTIFF

vs.                                                                    Civil Action No. 3:07-cv-393 HTW-LRA

JACKSON PUBLIC SCHOOL DISTRICT;
JOHN COLEMAN, in his official and individual
capacities                                                                                      DEFENDANTS

## JUDGMENT ON JURY VERDICT

This matter was tried before this court with a jury composed of eight (8) persons.

After the issues were duly tried, and after due deliberation by the jury, the jury rendered a verdict in favor of the defendants.

The jury found for the defendant, Jackson Public School District, and against the plaintiff on plaintiff's claim of sexually hostile work environment. The jury found for the defendant, Jackson Public School District, on plaintiff's claim of retaliation. The jury found for the defendant, John Coleman, and against the plaintiff on her claim of intentional creation of a sexually hostile work environment under § 1983.

The jury rendered its verdict on August 6, 2010.

IT IS, THEREFORE, ORDERED AND ADJUDGED that judgment is entered in favor of the defendants on the above stated claims.

This matter is dismissed with prejudice. Defendants are entitled to their costs of court.

**SO ORDERED AND ADJUDGED, this the 18th day of August, 2010.**

                                    **s/ HENRY T. WINGATE
CHIEF JUDGE
UNITED STATES DISTRICT COURT**